# United States District Court
# For The Western District of North Carolina
# Charlotte Division

PHILLIP W. RUTTER,

    Plaintiff(s),

vs.

ALVIN W. KELLER, JR.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:09CV228

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 16, 2009 Order.

Signed: June 16, 2009

Frank G. Johns, Clerk
United States District Court